# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMON DAVID CALISTE

NO. 2019 KW 1680

**MAR 0 3 2020**

---

In Re:     Damon David Caliste, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 460590.

---

**BEFORE:     WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court cannot adequately review the district court's ruling on the motion to correct an illegal sentence. Relator failed to include the transcript of the habitual offender proceedings and/or the criminal court minutes, a copy of the habitual offender bill of information, and any other pertinent documents from the district court record that may support his claims. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before April 14, 2020, and should include the missing items noted above and a copy of this ruling.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.